FILED

OCT -7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  Leonard C. Herr, #081896
   Ron Statler, #234177
2  DOOLEY, HERR, PELTZER & RICHARDSON
   Attorneys at Law, LLP
3  100 Willow Plaza, Suite 300
   Visalia, California 93291
4  Telephone: (559) 636-0200

5  Attorneys for Plaintiff, PETE P. GARCIA

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE P. GARCIA, | Case No: 2:09-cv-03432-MCE-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| AMERISOURCE BERGEN, | |
| Defendants. | |

The parties have resolved, by separate agreement, the issues presented in Plaintiff PETE P. GARCIA's Amended Motion to Quash Subpoenas *duces Tecum* or, in the Alternative Modifying Subpoenas (Doc. 22, 23, and 24), the issues presented in Defendant AMERISOURCE BERGEN's Opposition thereto (Doc. 25 and 26), and Plaintiff's Reply (Doc. 27). The hearing on the Motion is set for October 8, 2010, at 10:00 a.m. in Department 27 of this Court.

///
///
///
///
///

-1-

**STIPULATION AND ORDER**

LAW OFFICES
DOOLEY HERR
PELTZER
& RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

As the issues have been resolved, the parties submit that it is in the interest of justice that the hearing on this matter be removed from the calendar.

DATED: October 7, 2010        DOOLEY, HERR, PELTZER & RICHARDSON, LLP

By: /s/ Leonard C. Herr
LEONARD C. HERR
Attorney for Plaintiff,
PETE P. GARCIA

DATED: October 7, 2010        LITTLER MENDELSON

By: /s/ Matthew E. Farmer
MATTHEW E. FARMER
Attorney for Defendant,
AMERISOURCEBERGEN CORPORATION

### ORDER

As the parties have resolved the issues to be considered at the hearing on Plaintiff's Amended Motion to Quash Subpoenas *duces Tecum* or, in the Alternative Modifying Subpoenas (Doc. 22, 23, and 24), the issues presented in Defendant AMERISOURCE BERGEN's Opposition thereto (Doc. 25 and 26), and Plaintiff's Reply (Doc. 27), it is Ordered that the hearing set on those matters, set for October 8, 2010, at 10:00 a.m. in Department 27 of this Court be removed from the calendar.

Dated: 10/7/10

THE HON. DALE A. DROZD